IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs <br><br> v. <br><br> ACER AMERICA CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, BENQ AMERICA CORP., BENQ USA CORP., CHUNGHWA PICTURE TUBES, LTD., NOVATEK MICROELECTRONICS CORPORATION, LTD., <br><br> and <br><br> QUANTA DISPLAY, INC., <br><br> Defendants. | C.A. No. 6:07-CV-125 (LED) <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO RESPOND TO MOTIONS TO STRIKE

Pursuant to the Agreement of the Parties and good cause appearing therefore, IT IS ORDERED that Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (hereinafter collectively õHoneywellö or õPlaintiffö), Defendants AU Optronics Corporation, AU Optronics Corporation America, BenQ America Corp., and BenQ USA (õAUO/BenQö), and Defendant Novatek Microelectronics Corporation Ltd. (õNovatekö) Joint Motion to Extend the Deadline to Respond to Motions to Strike is granted and:

1. Honeywell's Response to Defendants AU Optronics Corporation, AU Optronics Corporation America, BenQ America Corp., and BenQ USA's Motion to enforce Paragraph 3-6(b) of the Court's Patent Rules and to Strike Portions of Expert Reports of Dr. Timothy J. Drabik and Mr. Daniel Jackson (Docket No. 171) is due to be filed on April 15, 2009;

2. Honeywell's Response to Defendant Novatek Microelectronics Corporation Ltd.'s ("Novatek") Motion to Enforce Paragraph 3-6(b) of the Court's Patent Rules and to Strike Portions of the Expert Reports of Dr. Timothy J. Drabik Regarding Infringement of U.S. Patent No. 5,041,823 and the Expert Report of Mr. Daniel Jackson pursuant to P.R. 3-1 and 3-6 (Docket No. 172) is due to be filed on April 15, 2009; and

3. Defendants' Response to Plaintiffs' Motion to Strike Defendant Novatek's Amended Invalidity Contentions and to Preclude Defendants from Asserting Invalidity Arguments Not Disclosed in their Original Invalidity Contentions (Docket No. 168) is due to be filed on April 10, 2009.

**So ORDERED and SIGNED this 2nd day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE