IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs <br><br> v. <br><br> ACER AMERICA CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, BENQ AMERICA CORP., BENQ USA CORP., CHUNGHWA PICTURE TUBES, LTD., NOVATEK MICROELECTRONICS CORPORATION, LTD., <br><br> and <br><br> QUANTA DISPLAY, INC., <br><br> Defendants. | C.A. No. 6:07-CV-125 (LED) <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING HONEYWELL'S MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

This Court, having considered Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.'s (hereinafter collectively "Honeywell" or "Plaintiff") Motion to Extend the Time to Respond to Defendants' Motions for Summary Judgment and good cause appearing therefore, IT IS ORDERED that Honeywell's motion is granted, and Honeywell's Oppositions to the following are due to be filed on April 28, 2009:

1. CPT's Motion for Summary Judgment of Noninfringement and No Willful Infringement (Docket No. 175);

2. Defendants' Joint Motion for Summary Judgment of Noninfringement (Docket No. 176);

3. Defendant Novatek's Motion for Summary Judgment of Noninfringement (Docket No. 177);

4. Defendants AUO and BenQ's Motion for Summary Judgment of Noninfringement (Docket No. 178).

**So ORDERED and SIGNED this 13th day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE