IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., et al. | § § § | |
| v. | § § | CIVIL ACTION NO. 6:07-CV-125 |
| ACER AMERICA CORPORATION, et al. | § § § | |

## ORDER

Currently pending before the Court are the following motions:

• Plaintiff's Motion to Strike Defendant Novatek's Amended Invalidity Contentions and to Preclude Defendants from Asserting Invalidity Arguments not Disclosed in Their Original Invalidity Contentions (Doc. No. 168)

• Defendant Novatek's Sealed Motion to Enforce Paragraph 3-6(b) of the Court's Patent Rules and to Strike Portions of the Expert Report of Dr. Timothy J. Drabik Regarding Infringement of US Patent No. 5,041,823 and the Expert Report of Mr. Daniel Jackson Pursuant to PR 3-1 and PR 3-6 (Doc. Nos. 170, 171, 172)

• Defendant Novatek's (Sealed) Motion for Summary Judgment of Noninfringement (Doc. Nos. 175, 176, 177, 178)

The Court hereby sets a hearing to address all of these Motions on **Wednesday, May 27, 2009 at 9:00 a.m.** The Court **ORDERS** the parties to provide their Summary Judgment briefs and exhibits on disk or CD along with a hard copy, tabbed and bound in notebook format to the technical advisor Michael T. McLemore.

**So ORDERED and SIGNED this 16th day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE