IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs <br><br> v. <br><br> ACER AMERICA CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, BENQ AMERICA CORP., BENQ USA CORP., CHUNGHWA PICTURE TUBES, LTD., NOVATEK MICROELECTRONICS CORPORATION, LTD., <br><br> and <br><br> QUANTA DISPLAY, INC., <br><br> Defendants. | C.A. No. 6:07-CV-125 (LED) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING HONEYWELL'S MOTION TO STAY DEADLINES PENDING THE COURT'S ADOPTION OF MAGISTRATE JUDGE LOVE'S REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

CAME ON THIS DAY for consideration Plaintiff Honeywell International Inc. and Honeywell Intellectual Properties, Inc.'s Motion to Stay Deadlines of the Court's Docket Control Order pending the Court's Adoption of Magistrate Judge Love's Report and Recommendation on Defendants' Motions for Summary Judgment of Non-Infringement. The Court is of the opinion that said motion should be GRANTED. It is therefore,

1

ORDERED, ADJUDGED, and, DECREED that the upcoming deadlines in the Court's Docket Control Order be stayed pending the Court's Adoption of Magistrate Judge Love's Report and Recommendation on Defendants' Motions for Summary Judgment of Non-infringement.

**So ORDERED and SIGNED this 26th day of May, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE