IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs<br><br>v.<br><br>ACER AMERICA CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, BENQ AMERICA CORP., BENQ USA CORP., CHUNGHWA PICTURE TUBES, LTD., NOVATEK MICROELECTRONICS CORPORATION, LTD.,<br><br>and<br><br>QUANTA DISPLAY, INC.,<br><br>Defendants. | C.A. No. 6:07CV125<br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF NOVATEK MICROELECTRONICS CORPORATION, LTD.

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") have settled and resolved their differences with Defendant Novatek Microelectronics Corporation, Ltd. ("Novatek"), and that these Parties have entered into a Settlement Agreement setting out the terms and conditions of the settlement, having an effective date of July 13, 2009 ("Agreement"), and as part of such Agreement have consented to the entry of an Order approving this Stipulation:

30310581.1                                                                  1

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. All claims against Novatek are hereby dismissed with prejudice.

2. All counterclaims against Honeywell are hereby dismissed with prejudice.

3. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

IT IS SO ORDERED.

**So ORDERED and SIGNED this 20th day of July, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

AGREED AND CONSENTED TO:

                        HONEYWELL INTERNATIONAL, INC. and
                        HONEYWELL INTELLECTUAL PROPERTIES
                        INC., (By And Through Their Counsel Of Record)

DATE: July 17, 2009        BY: *A. James Anderson* (signature)
                                       A. James Anderson
                                       Robins, Kaplan, Miller & Ciresi L.L.P.

                        NOVATEK MICROELECTRONICS
                        CORPORATION, LTD. (By And Through Their
                        Counsel Of Record)

DATE: July 17, 2009        BY: *Theodore T. Herhold* (signature)
                                       Theodore T. Herhold
                                       Townsend and Townsend and Crew LLP